IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE WEAVER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 23-927 |
| | : | |
| v. | : | |
| | : | |
| MARK TURK, CHRISTOPHER QUADRINI, NICOLE QUADRINI, MEDICAL BENEFIT CENTER, and INNOVATIVE BENEFIT CONCEPTS, LLC, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 23rd day of March, 2023, the parties having agreed over a telephone conference before the court to settle this matter; and the defendants, Christopher Quadrini, Nicole Quadrini, Medical Benefit Center, and Innovative Benefit Concepts, having filed a motion to dismiss for improper service of process, lack of personal jurisdiction, and failure to state a claim (Doc. No. 6); accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel without costs pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this court;[1]

2. The motion to dismiss (Doc. No. 6) is **DENIED AS MOOT**; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Rule 41.1(b) provides that any dismissal order entered "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c)." E.D. Pa. Loc. Civ. R. 41.1(b).